No. 47495.—Protests 84369-K, etc., of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the celluloid figures in question are similar in all material respects to those the subject of *Pressner* v. *United States* (C. D. 546). The claim at 60 percent under paragraph 31 was therefore sustained.

No. 47496.—Protest 742745-G of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the cabinets in question are in chief value of wood and are similar in all material respects to those the subject of Abstract 37636. In accordance therewith the claim at 33⅓ percent under paragraph 412 was sustained.

No. 47497.—Protest 60625-K/90400 of N. Shure Co. (Chicago).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 35129 the mechanical mice in question were held dutiable at 45 percent under paragraph 397 as claimed.

No. 47498.—Protest 79509-K of Iwata Trading Co. (San Francisco).

Opinion by OLIVER, P. J. At the trial it was stipulated between counsel that the merchandise consists of manufactures in chief value of shell and that it is not chiefly used for the amusement of children. In accordance therewith the claim at 35 percent under paragraph 1538 was sustained.

No. 47499.—Protest 79593-K of Iwata Trading Co. (San Francisco).

Opinion by OLIVER, P. J. At the trial counsel stipulated that the merchandise invoiced as "wooden puzzles" is in chief value of wood and not chiefly used for the amusement of children. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 47500.—Protest 66162-K of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. At the trial counsel for the respective parties agreed that one of the items consists of harmonicas which are musical instruments, not chiefly used for the amusement of children. In accordance therewith the claim at 40 percent under paragraph 1541 (a) was sustained as to this item.